IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VALARY K. WARD, Administrator**
**for Elijah James Ward and Heirs**                                                    PLAINTIFF

v.                          No. 4:23-cv-485-DPM

**STATE OF ARKANSAS; YELL**
**COUNTY; PERRY COUNTY;**
**STATE OF MISSOURI; GRUNDY**
**COUNTY; TOMMY LAND, Arkansas**
**Commissioner of State Land; U.S.**
**DEPARTMENT OF THE INTERIOR,**
**Bureau of Land Management (BLM);**
**U.S. DEPARTMENT OF AGRIGCULTURE,**
**Forest Services; and AGRIBANK FCB**                                        DEFENDANTS

## ORDER

The Court notes the complaint and the embedded request for a preliminary injunction. The request is denied without prejudice. There must be a separate motion for injunctive relief. LOCAL RULE 7.2(e).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 May 2023