# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| **VALARY K. WARD, Administrator** <br> **for Elijah James Ward and Heirs** | | **PLAINTIFF** |
| v. | No. 4:23-cv-485-DPM | |
| **STATE OF ARKANSAS; YELL COUNTY; PERRY COUNTY; STATE OF MISSOURI; GRUNDY COUNTY; TOMMY LAND, Arkansas Commissioner of State Land; U.S. DEPARTMENT OF THE INTERIOR, Bureau of Land Management (BLM); U.S. DEPARTMENT OF AGRIGCULTURE, Forest Services; and AGRIBANK FCB** | | **DEFENDANTS** |

## ORDER

Motion to withdraw, *Doc. 17*, granted. Brooks White is relieved as counsel for Tommy Land.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2023