IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VALARY K. WARD                                  PLAINTIFF

v.                  No. 4:23-cv-485-DPM

STATE OF ARKANSAS;
YELL COUNTY; PERRY COUNTY;
STATE OF MISSOURI; GRUNDY
COUNTY; TOMMY LAND, Arkansas
Commissioner of State Land; UNITED
STATES DEPARTMENT OF THE
INTERIOR, Bureau of Land Management;
UNITED STATES DEPARTMENT OF
AGRICULTURE, Forest Services; and
AGRIBANK FCB                                        DEFENDANTS

ORDER

Ward's mail is being returned. *Doc. 19.* If she wants to pursue this case, she must notify the Court of her new address by 23 February 2024. Failure to do so may result in this case being dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 January 2024