IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VALARY K. WARD, Administrator for
Elijah James Ward and Heirs                                                PLAINTIFF

v.                        No. 4:23-cv-485-DPM

STATE OF ARKANSAS;
YELL COUNTY;  PERRY COUNTY;
STATE OF MISSOURI;  GRUNDY
COUNTY;  TOMMY LAND, Arkansas
Commissioner of State Land;  UNITED
STATES DEPARTMENT OF THE
INTERIOR, Bureau of Land Management;
UNITED STATES DEPARTMENT OF
AGRICULTURE, Forest Services;  and
AGRIBANK FCB                                                                  DEFENDANTS

## JUDGMENT

Ward's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 March 2024